UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:    CASE NO.: 22-14840-BKC-AJC
    Chapter 7

**BELLA ORNAMENTAL DETAIL CORP**

_____Debtor._____/

**DREW M. DILLWORTH, TRUSTEE'S _EX PARTE_ MOTION FOR EMPLOYMENT OF JOSHUA D. SILVER AND TABAS & SILVER, P.A. AS ATTORNEYS FOR TRUSTEE**

Drew M. Dillworth, as Chapter 7 trustee of the bankruptcy estate of Bella Ornamental Detail Corp (the "Trustee"), pursuant to 11 U.S.C. §§ 105, 327 and 330, and Federal Rule of Bankruptcy Procedure 2014, files his _Ex Parte_ Motion for Employment of Joshua D. Silver and Tabas & Silver, P.A. as Attorneys for the Trustee (the "Motion"), and as good cause for same, states as follows:

1. This case commenced with the filing of voluntary Chapter 7 petition by the Debtor, Bella Ornamental Detail Corp (the "Debtor"), on June 23, 2022. Shortly thereafter, the Trustee was appointed Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

2. The Trustee believes it is necessary to retain counsel in this corporate case, and wishes to employ attorney Joshua D. Silver ("Silver") and his firm Tabas & Silver, P.A. ("T&S," and together with Silver, "Applicant").

3. Applicant has agreed to be compensated in accordance with 11 U.S.C. § 330.

4. This Court has the power to authorize said employment pursuant to 11 U.S.C. § 327(a) which provides, in pertinent part, that "… the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or

other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

5. Silver and the other attorneys at T&S are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to corporate bankruptcies and trustee/debtor matters in cases under Title 11 of the United States Code.

6. Attached hereto is Silver's affidavit demonstrating that he and T&S are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under F.R.B.P. 2014-1(A).

7. As detailed in the affidavit and incorporated by reference: Applicant: (a) does not hold or represent any interest adverse to the Estate; and (b) is disinterested.

8. Accordingly, the Trustee believes that Silver and T&S are qualified to perform the services for which they are to be engaged, and seeks entry of an order authorizing the employment of Silver and T&S as attorneys for the Trustee on the terms and conditions set forth herein.

9. Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE,** Drew M. Dillworth, as Chapter 7 trustee of the bankruptcy estate of Bella Ornamental Detail Corp, respectfully requests this Honorable Court enter an Order: (i) granting the instant Motion: (ii) authorizing the Trustee to employ Joshua D. Silver and Tabas & Silver, P.A. as counsel to the Trustee, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may

hereafter determine and allow upon application or applications to be filed by said attorneys; and (iii) granting such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        /s/ Drew M. Dillworth
        Drew M. Dillworth
        Chapter 7 Trustee
        2200 Museum Tower
        150 West Flagler St.
        Miami, FL 33130
        Telephone: (305) 789-3598

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2022, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Bella Ornamental Detail Corp
27748 SW 133 Ave
Homestead, FL 33032

        Respectfully submitted,

        /s/ Joshua D. Silver
        Joshua D. Silver
        Florida Bar No. 100022
        Tabas & Silver, P.A.
        Proposed Attorneys for Trustee
        25 S.E. 2nd Avenue, Suite 248
        Miami, Florida 33131
        Telephone: (305) 375-8171
        jsilver@tabasssilver.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 22-14840-BKC-AJC
Chapter 7

**BELLA ORNAMENTAL DETAIL CORP**

_____Debtor._____/

### AFFIDAVIT OF JOSHUA D. SILVER

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF MIAMI-DADE      )

BEFORE ME, the undersigned authority, personally appeared Joshua D. Silver ("Silver"), in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a partner of the law firm of Tabas & Silver, P.A. ("T&S" and together with Silver, the "Applicant").

2. I and other partners and attorneys of T&S are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, Applicant is disinterested within the meaning of 11 U.S.C. §101 and are eligible to serve as counsel for the Estate and the Trustee pursuant to the provisions of 11 U.S.C. § 327(a).

4. Applicant does not have any connection with the Debtor. A conflict check performed by T&S confirms that T&S has not represented any related debtors or principals.

5. Applicant does not have a prepetition or other claim against the Estate.

CASE NO.: 22-14840-BKC-AJC

  6. Applicant has not received a retainer from the Debtor, the Estate, or a third party.

  7. Applicant does not have any interests adverse to the Trustee, the Estate or the Debtor.

  FURTHER AFFIANT SAYETH NAUGHT.

_____
Joshua D. Silver

  THE FOREGOING INSTRUMENT was acknowledged before me this  1st  day of August, 2022, by Joshua D. Silver, who is personally known to me.

_____
Notary Public, State of Florida

My Commission Expires:



JANET CEPERO
Notary Public - State of Florida
Commission # GG 320948
My Comm. Expires May 1, 2023
Bonded through National Notary Assn.