**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-14840 | Trustee Name: | Drew M. Dillworth |
|---|---|---|---|
| Case Name: | Bella Ornamental Detail Corp | Date Filed (f) or Converted (c): | 06/23/2022 (f) |
| For the Period Ending: | 06/30/2023 | §341(a) Meeting Date: | 07/27/2022 |
| | | Claims Bar Date: | 10/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Accounts receivable  Over 90 days old  6,000.00 face amount 6,000.00 doubtful or uncollectible accounts | $0.00 | $0.00 | | $0.00 | $2.00 |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

|  | $0.00 | $0.00 | | $0.00 | $2.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
Attorney Josh Silver we recently completed our avoidance action analysis after receiving documents from third party banks.  A 2004 exam of the principal will be set.
Atty Silver is issuing subpoenas to third parties.
trustee hired Joshua Silver to investigate potential assets

| Initial Projected Date Of Final Report (TFR): | 12/30/2024 | Current Projected Date Of Final Report (TFR): | 12/30/2024 | /s/ DREW M. DILLWORTH |
|---|---|---|---|---|
| | | | | DREW M. DILLWORTH |